Submitted on record and briefs June 19, reversed and remanded for new trial
July 10, 1996

In the Matter of Carmen Idzardi,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

CARMEN IDZARDI,
*Appellant.*

(9511-73078; CA A91061)

919 P2d 546

Michael T. Purcell filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Philip Schradle, Assistant Attorney General, filed the brief for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals an order of civil commitment under ORS 426.005 *et seq*. She contends that she was not fully advised of her statutory rights pursuant to ORS 426.100(1). The state concedes error, and we agree. *State v. Tardanico*, 132 Or App 230, 888 P2d 15 (1994); *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).

Reversed and remanded for new trial.